**DISMISS; and Opinion Filed March 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00344-CR

**JIMMY ALLEN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F13-61268-K**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Fillmore

Jimmy Allen pleaded guilty to aggravated robbery with a deadly weapon. Pursuant to a plea agreement, the trial court assessed punishment at fifteen years' imprisonment and a $3,000 fine. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that the case involves a plea bargain and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Robert M. Fillmore/
_____
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140344F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMMY ALLEN, Appellant

No. 05-14-00344-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F13-61268-K.
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 27th day of March, 2014.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE